RUMDUOL VUONG, Assistant Chief Counsel (#264392)
rumduol.vuong@calcivilrights.ca.gov
ALEXIS ALVAREZ, Associate Chief Counsel (#281377)
alexis.alvarez@calcivilrights.ca.gov
JENNIFER H. SPERLING, Associate Chief Counsel (#310551)
jennifer.sperling@calcivilrights.ca.gov
MATTHEW TURNBULL, Senior Staff Counsel (#307271)
matthew.turnbull@calcivilrights.ca.gov
SOYEON C. OUM, Senior Staff Counsel (#324046)
soyeon.oum@calcivilrights.ca.gov
MACKENZIE ANDERSON, Senior Staff Counsel (#335469)
mackenzie.anderson@calcivilrights.ca.gov
CALIFORNIA CIVIL RIGHTS DEPARTMENT
651 Bannon Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 964-1925
Facsimile: (888) 382-5293

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>GRIMMWAY ENTERPRISES, INC., d.b.a. GRIMMWAY FARMS,<br><br>Defendant. | Case No.: 2:21-cv-01552-DAD-AC<br><br>**JOINT REQUEST TO RESET HEARING DATE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Dale A. Drozd<br>Mag: Hon. Allison Claire<br><br>Complaint Filed: August 30, 2021<br>Trial Date: March 10, 2025 |

WHEREAS, on July 22, 2024, Plaintiff Civil Rights Departments ("Plaintiff" and "CRD") filed a MOTION to COMPEL COMPLIANCE WITH DISCOVERY ORDER AND OTHER RELIEF AS APPROPRIATE ("Motion") in connection with an unresolved discovery dispute (ECF No. 85); and

WHEREAS, that Motion was set for hearing for August 28, 2024 (ECF No. 86); and

WHEREAS, Plaintiff and Defendant Grimmway Enterprises, Inc., d.b.a. Grimmway Farms ("Grimmway"), (collectively "the Parties") have met and conferred and filed a proposed stipulation ("Stipulation") that, if approved, will eliminate the need for motion practice on this issue (ECF No. 91); and

WHEREAS, because the Stipulation includes a proposed change to the existing Scheduling Order, it will be reviewed by District Court Judge Drozd;

THEREFORE, in order to preserve Magistrate Judge Claire's jurisdiction over the Motion pending the District Court's approval of the Stipulation, the Parties jointly request that the August 28, 2024 hearing date for CRD's MOTION to COMPEL COMPLIANCE WITH DISCOVERY ORDER AND OTHER RELIEF AS APPROPRIATE be vacated and reset for September 25, 2024, or other future date as the Court deems appropriate to the circumstances.[1]

DATED: 8/13/2024

CIVIL RIGHTS DEPARTMENT

By: _____
JENNIFER H. SPERLLING
Attorney for Plaintiff


BELDEN BLAINE RAYTIS, LLP

By: /s/ Jazmine Flores
JAZMINE FLORES, Attorney for Defendant
Grimmway Enterprises, Inc., dba Grimmway Farms

---

[1] The Parties' Joint Statement on the Motion is due August 14, 2024, but the matter will be resolved if the District Court approves the Stipulation so there is no need for the Parties to file a Joint Statement at this time; however, it would be premature for CRD to withdraw its Motion altogether before the Stipulation is approved.

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Good cause appearing, IT IS HEREBY ORDERED that the August 28, 2024 hearing date set for ECF No. 85, MOTION to COMPEL COMPLIANCE WITH DISCOVERY ORDER AND OTHER RELIEF AS APPROPRIATE shall be VACATED and RESET for September 25, 2024.

IT IS SO ORDERED

Dated: August 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE