UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT,<br><br>Plaintiff,<br><br>v.<br><br>GRIMMWAY ENTERPRISES, INC.,<br><br>Defendant. | No. 2:21-cv-01552-DAD-AC<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING<br><br>(Doc. Nos. 118, 122, 124) |

This matter is before the court on defendant's motion to deny class certification, defendant's motion to strike class or group claims, and the parties' cross-motions for summary judgment. (Doc. Nos. 118, 122, 124.) Plaintiff and defendant are directed to file supplemental briefing addressing the following issues:

1. Whether, in light of the text of the statute, precedent, and/or legislative history, plaintiff Civil Rights Department ("CRD") has authority to sue under the Americans with Disabilities Act ("ADA");

2. The relevance of 42 U.S.C. §§ 2000e-5(c), 2000e-5(f)(1), 12117(a) to question (1);

3. Whether 42 U.S.C. §§ 2000e-5(c), 2000e-5(f)(1), as incorporated by § 12117(a), limit the role of state agencies to enforcement of state and local discrimination laws and deprive state agencies of the authority to bring suit under the ADA;

4. Whether defendant's motion to deny class certification is moot;

1

5. Whether defendant's motion to strike class or group claims is untimely; and

6. Whether the court should exercise supplemental jurisdiction over plaintiff's state law claims if only plaintiff's state law claims remain.

Plaintiff and defendant shall each file a supplemental brief addressing only these issues no later than June 10, 2025.

IT IS SO ORDERED.

Dated: **May 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE