RUMDUOL VUONG, Assistant Chief Counsel (#264392)
rumduol.vuong@calcivilrights.ca.gov
ALEXIS ALVAREZ, Associate Chief Counsel (#281377)
alexis.alvarez@calcivilrights.ca.gov
MATTHEW TURNBULL, Senior Staff Counsel (#307271)
matthew.turnbull@calcivilrights.ca.gov
SOYEON C. OUM, Senior Staff Counsel (#324046)
soyeon.oum@calcivilrights.ca.gov
MACKENZIE ANDERSON, Staff Counsel (#335469)
mackenzie.anderson@calcivilrights.ca.gov
IRENE MEYERS, Staff Counsel (#340312)
irene.meyers@civilrights.ca.gov
CALIFORNIA CIVIL RIGHTS DEPARTMENT
651 Bannon Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 964-1925
Facsimile: (888) 382-5293

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>GRIMMWAY ENTERPRISES, INC., d.b.a. GRIMMWAY FARMS,<br><br>Defendant. | Case No.: 2:21-cv-01552-DAD-AC<br><br>**NOTICE OF SUBMISSION OF PLAINTIFF CALIFORNIA CIVIL RIGHTS DEPARTMENT'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Judge:  Hon. Dale A. Drozd<br>Mag:    Hon. Allison Claire<br><br>Complaint Filed: August 30, 2021<br>Trial Date: September 22, 2025 |

On May 22, 2025 at 6:04 p.m., in compliance with Docket Number 101, Plaintiff emailed a confidential settlement conference statement to acorders@caed.uscourts.gov.


Dated: May 22, 2025                               By:  /s/ Rumduol Vuong
                                                      Rumduol Vuong
                                                      Associate Chief Counsel
                                                      CIVIL RIGHTS DEPARTMENT